UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Deborah Colwell,<br><br>      Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America,<br><br>      Defendant. | Court File No.: 0:10-cv-04740 PAM/AJB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

_____

    Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  May 31 , 2011         BY THE COURT:


                                                       s/Paul A. Magnuson
                                         The Honorable Paul A. Magnuson
                                         Judge of United States District Court